**406**

**GRAND ACADIAN, INC., Plaintiff**

v.

**FLUOR ENTERPRISES, INC., Defendant–Cross Defendant–Appellee**

v.

**Dexter J. Honore; Dexter Honore Construction Co., LLC, Defendants–Cross Claimants–Appellants.**

No. 11–30464.

United States Court of Appeals, Fifth Circuit.

Feb. 13, 2012.

William Lee Melancon, Esq., Melancon & Associates, L.L.C., Lafayette, LA, for Defendants–Cross Claimants–Appellants.

Brandon Kelly Black, Jones Walker, Margaret Lynn Tooke, Taylor, Porter, Brooks & Phillips, L.L.P., Baton Rouge, LA, Karen Daniel Ancelet, Esq., Onebane Law Firm, Lafayette, LA, Richard John Tyler, Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P., New Orleans, LA, for Defendant–Cross Defendant–Appellee.

Before REAVLEY, DAVIS, and PRADO, Circuit Judges.

PER CURIAM: *

AFFIRMED. See 5th Cir. Loc. R. 47.6.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.